IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 14-CR-00056-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CAMILLE CUYPERS,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on October 27, 2017, for preliminary hearing on the Petition to Revoke Pretrial Release and Detention Hearing. The defendant waived her preliminary hearing on the Petition to Revoke Pretrial Release. The defendant is not contesting detention. The court has further taken judicial notice of the court's file, the presentence report and has considered applicable Federal Rules of Criminal Procedure. The court now being fully informed makes the following findings of fact, conclusions of law and order. .

    As to the issue of probable cause, the defendant has waived her right to a preliminary hearing and therefore I find probable cause has been established that the defendant has violated her pretrial release as alleged in the Petition to Revoke Pretrial Release.

    Under the circumstances, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

    Done this 27th day of October 2017.

    BY THE COURT

    S/ Michael J. Watanabe
    Michael J. Watanabe
    U.S. Magistrate Judge